UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steve Gray, Jr.

    v.                                                        Case No. 23-cv-124-SE-AJ

FCI Warden, Berlin

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 5, 2024.  For the reasons explained therein, Gray's petition (Doc. No. 1) is dismissed as moot, and the Warden's motion for summary judgment (Doc. No. 6) is denied as moot.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The Clerk shall issue judgment and close this case.

                                                        _____
                                                        Samantha D. Elliott
                                                       United States District Judge

Date: March 28, 2024

```
cc:   Steve Gray, Jr., pro se
      Michael T. McCormack, Esq.
```